**Appeal dismissed, and Memorandum Opinion filed May 14, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00272-CV

---

### ELLENOR PERKINS RATCLIFF, Appellant

### V.

### GENERAL DYNAMICS CORPORATION, GENERAL DYNAMICS INFORMATION TECHNOLOGY / NEW HAMPSHIRE INSURANCE COMPANY, Appellees

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2020-60137**

---

## MEMORANDUM OPINION

This is an attempted appeal from an order signed February 27, 2024 granting a third-party's objections to a notice of deposition and also granting the third-party's motion for protection. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and

unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). The February 27, 2024 order is not appealable as a final order. Further, no statutory exception applies that would allow an interlocutory appeal of the February 27, 2024 order. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014.

On April 23, 2024, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless any party demonstrated this court has jurisdiction over this appeal on or before May 3, 2024. *See* Tex. R. App. P. 42.3(a). No response was filed.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.